# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 30, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138714

DAVID F. SIKKEMA,
        Plaintiff-Appellee,

v

                              SC: 138714
                              COA: 288809
                              Kent CC: 08-004608-NO

METRO HEALTH HOSPITAL,
        Defendant-Appellant,

and

JOHN S. BRADLEY, M.D.,
        Defendant.
_____/

      On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 30, 2009                                         _____
                                                         Clerk

d1027